# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES ROBERT DRURY, | ) | Case No. 2:15-cv-2048-JCM-CWH |
| Plaintiff, | ) | |
| v. | ) | |
| BARCELONA HOLDINGS, LLC, et al., | ) | **ORDER** |
| Defendants. | ) | |
| _____ | ) | |

Presently before the Court is Plaintiff James Robert Drury's request for a waiver of fees for PACER access (ECF No. 8), filed May 22, 2016. Plaintiff has been granted leave to proceed *in forma pauperis* in this matter (ECF No. 3).

Having found that *in forma pauperis* status is warranted, the Court further finds that an exemption to PACER fees is necessary in order to avoid an unreasonable burden on the Plaintiff's access to court records.

IT IS THEREFORE ORDERED that Plaintiff be granted a waiver of all PACER fees related to this matter, and that any existing amount due be removed from his account. Plaintiff's waiver is to endure only while this matter is still pending, and may be revoked by the Court for use beyond the scope for which it is intended.

DATED: July 14, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge