UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ROBERT DRURY, | Case No. 2:15-cv-02048-JCM-CWH |
| Plaintiff, | |
| v. | |
| BARCELONA HOLDINGS, et al., | **ORDER** |
| Defendants. | |

Presently before the court is Plaintiff and Defendant's proposed discovery plan (ECF No. 52), filed on October 11, 2016. Under Local Rule 26-1(a), the parties must submit to the court a discovery plan and scheduling order within fourteen days of their Fed. R. Civ. P. 26(f) conference. The parties have submitted a discovery plan, but have not submitted a scheduling order. The parties' proposal also fails to conform to a number of provisions of Local Rule 26-1. The parties are advised to read Local Rule 26-1 in its entirety, and submit a revised discovery plan and scheduling order.

IT IS THEREFORE ORDERED that the parties' proposed discovery plan (ECF No. 52) is DENIED without prejudice. The parties must submit a revised discovery plan and scheduling order by October 21, 2016.

DATED: October 13, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1