**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES ROBERT DRURY,  </br>　　　　Plaintiff,  </br>　　v.  </br>BARCELONA HOLDINGS, LLC, et al,  </br>　　　　Defendants. | Case No. 2:15-cv-02048-JCM-CWH  </br>  </br>**ORDER** |

　　Presently before the court is Defendants' motion for a pretrial conference (ECF No. 58), filed on November 8, 2016. Defendants request a pretrial conference and an order regarding ongoing communications between the parties. Upon review, the court finds that further briefing and a hearing on this matter are necessary.

　　IT IS THEREFORE ORDERED that Plaintiff must file a response to Defendants' motion (ECF No. 58) no later than November 16, 2016. A hearing will also be set in a separate order.

　　DATED: November 9, 2016.

　　　　　　　　　　　　　　　　　　　　_____  
　　　　　　　　　　　　　　　　　　　　C.W. Hoffman, Jr.  
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1