**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES ROBERT DRURY, | Case No. 2:15-cv-02048-JCM-CWH |
| Plaintiff, | |
| v. | |
| BARCELONA HOLDINGS, LLC, et al, | **ORDER** |
| DefendantS. | |

Presently before the Court is Defendant's motion (ECF No. 75) to reschedule the hearing currently scheduled for January 12, 2017. Defendant represents that he has an unavoidable conflict and cannot attend the hearing.

The Court notes that there is a pending motion to dismiss (ECF No. 34) in this case, for which a hearing will be necessary. In the interest of efficiency, the Court will vacate the currently scheduled hearing and reschedule it concurrently with a hearing on the pending motion to dismiss.

IT IS THEREFORE ORDERED that Plaintiff's motion is GRANTED. The hearing currently scheduled for January 12, 2017 will be rescheduled in a forthcoming order, to be held concurrently with a hearing on Defendant's motion to dismiss.

DATED: January 6, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1