# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES ROBERT DRURY,

    Plaintiff,

vs.

BARCELONA HOLDINGS, LLC, et al,

    Defendants.

Case No. 2:15-cv-02048-CWH

**ORDER**

Presently before the Court is Plaintiff James Robert Drury's motion for copy of recording (ECF No. 89), filed on February 22, 2017. Plaintiff requests that the Court provide him with a recording of the hearing held held on January 31, 2017 (ECF No. 82). Plaintiff requests the Court provide this recording without charge on the grounds that he is proceeding *in forma pauperis* in this case.

After granting permission for a party to proceed *in forma pauperis*, the Court may direct payment by the United States for providing records or transcripts only when such records are required for proceedings in another court. 28 U.S.C. § 1915(c). Granting *in forma pauperis* status "does not relieve the applicant of the responsibility to pay the expenses of litigation that are not covered by 28 U.S.C. § 1915." LSR 1-7.

Here, the recording of the hearing has not been required by this or any other court. Plaintiff does not provide the Court with any legal authority indicating that he is entitled to the recordings free of charge or that the provisions of § 1915 and Local Special Rule 1-7 are inapplicable in this case. The Court will therefore deny Plaintiff's motion, without prejudice.

Should Plaintiff wish to order a recording of the hearing, he may submit a completed form AO 436 to the Court. The form may be downloaded from the "Files" section of the Court's website, and submitted via e-mail to: transcripts_Nevada@nvd.uscourts.gov. Plaintiff will be responsible for whatever fees are associated.

//

1     IT IS THEREFORE ORDERED that Plaintiff's motion for recording (ECF No. 89) is
2  DENIED without prejudice.
3     DATED: February 23, 2017.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**