James Robert Drury
901 South 13th Street
Tacoma, Washington 98405-4903
T: 206-550-9213
E: jdru317@zoho.com
*Plaintiff Pro Se*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES ROBERT DRURY,<br>Plaintiff,<br>v.<br>BARCELONA HOLDINGS, LLC, *et al.*,<br>Defendants. | CASE NO. 2:15-cv-2048-CWH<br>**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff James Robert Drury hereby moves the Court to grant him an extension of time to file his reply in this case and would show the following:

Plaintiff's reply to Defendants' Response to his Motion for Partial Summary Judgment is due today, March 6, 2017.

At 9:33a.m. on the morning of March 6, 2017, Plaintiff received a call from the Clerk's office, and he made arrangements to receive the previously requested recording of the hearing held in this Court on January 31, 2017.

Plaintiff was told that he should receive the information by U.S. Postal Mail within a week.

Plaintiff would like an opportunity to review the recording prior to making his reply.

//

//

Therefore, Plaintiff respectfully requests an extension of time to file his reply until Monday, March 20, 2017.

DATED: March 6, 2017

Respectfully Submitted,

James Robert Drury
Digitally signed by James Robert Drury
DN: cn=James Robert Drury, o, ou, email=jdru317@zoho.com, c=US
Date: 2017.03.06 13:13:35 -08'00'

James Robert Drury
901 South 13th Street
Tacoma, Washington 98405-4903
T: 206-550-9213
E: jdru317@zoho.com
*Plaintiff Pro Se*

**CERTIFICATE OF SERVICE**

I, James Robert Drury, do hereby certify that I have served a true and correct copy of the foregoing **PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT** through the court's electronic filing system to:

Mr. David J. Stoft, Esq.
The Siegel Group, NV Inc.
3790 Paradise Road
Las Vegas, NV 89169
dstoft@siegelcompanies.com

On this 6th day of March, 2017.

James Robert Drury
Digitally signed by James Robert Drury
DN: cn=James Robert Drury, o, ou, email=jdru317@zoho.com, c=US
Date: 2017.03.06 13:14:06 -08'00'

James Robert Drury
*Plaintiff Pro se*

IT IS SO ORDERED.

DATED: March 8, 2017

______________________________
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE