# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT DRURY,

    Plaintiff,

v.

BARCELONA HOLDINGS, LLC, et al,

    Defendants.

Case No. 2:15-cv-02048-JCM-CWH

**ORDER**

Presently before the Court are pro se Plaintiff Robert Drury's motions to extend time (ECF Nos. 95, 96 and 97), filed on March 20 and 21, 2017. Defendants have not filed a response.

Plaintiff requests extensions to various deadlines to the pending dispositive motions in this case. As a preliminary matter, ECF No. 97 appears to be a duplicate of ECF No. 96 filed in error, so the Court will strike the motion. As for the other motions, in ECF No. 95 Plaintiff represents that he misunderstood the deadline for his response to Defendants' motion for summary judgment (ECF No. 90). In ECF No. 96, Plaintiff represents that he is having some personal issues making it difficult to file a timely reply in support of his motion for partial summary judgment (ECF No. 78).

The Court also notes that Plaintiff has not filed a reply in support of his motion for declaratory judgment (ECF No. 83). In the interest of justice and judicial economy, the Court will construe Plaintiff's filings liberally as motions to extend the deadlines to the motion for declaratory judgment as well. Given the limited duration of the requested extensions, and Plaintiff's generally prompt participation in litigation, the Court will grant the motions.

//
//
//
//
//

IT IS THEREFORE ORDERED that Plaintiff's motions for extension (ECF Nos. 95 and 96) are GRANTED.

IT IS FURTHER ORDERED that the deadline for any reply to Plaintiff's partial motion for summary judgment (ECF No. 78) is March 27, 2017.

IT IS FURTHER ORDERED that the deadline for any reply to Plaintiff's motion for declaratory judgment (ECF No. 83) is March 27, 2017.

IT IS FURTHER ORDERED that the deadline for any response to Defendant's motion for summary judgment (ECF No. 90) is April 3, 2017.

IT IS FURTHER ORDERED that the Clerk must STRIKE Plaintiff's duplicate motion for extension (ECF No. 97).

DATED: March 21, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

2