**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ROBERT DRURY,   )   Case No. 2:15-cv-02048-JCM-CWH
      Plaintiff,   )
    v.   )
BARCELONA HOLDINGS, LLC, et al,   )   **ORDER**
      Defendants.   )
_____   )

    Presently before the Court is Defendants' motion to dismiss (ECF No. 34), filed on July 27, 2016.  Pro se Plaintiff Robert Drury filed a response (ECF No. 46) on August 15, 2016, and Defendants filed a reply (ECF No. 47) on August 25, 2016.

    In light of Defendants' pending motion for summary judgment in this case (ECF No. 90), which seeks summary judgment of each claim Defendants sought previously to dismiss, the Court finds that the motion to dismiss is moot.

    IT IS THEREFORE ORDERED that Defendants' motion to dismiss (ECF No. 34) is DENIED as moot.

    DATED: March 21, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge